**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document, and all attachments, were filed electronically in compliance with Local Rule CV-5(a).  As such, this Amended Complaint and attachments were served on all counsel who have consented to electronic service on May 28, 2010.  Local Rule CV-5(a)(3)(A)..

                                                   **BY:** /s/ *Robert Ajiashvili*
                                                           Robert Ajiashvili