IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**ECHOSTAR CORP., AND DISH NETWORK CORP. f/k/a ECHOSTAR COMMUNICATIONS CORP.,**<br><br>　　　　　　　　　　**Defendants.** | Case No. 2:08-CV-00070 [TJW]<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Before the Court is the Parties' Joint Motion to Amend the Docket Control Order. The Court finds that said motion is well taken and shall be GRANTED. The Court hereby Orders the following deadlines to be amended accordingly:

| DESCRIPTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **Response to all Dispositive Motions** | 8/1/2011 | 8/4/2011 |
| **Replies to all Dispositive Motions** | 8/11/2011 | 8/14/2011 |
| **Surreplies to all Dispositive Motions** | 8/21/2011 | 8/24/2011 |
| **Parties to Identify Trial Witnesses (incl. depositions & identification of evidence to be presented, see Discovery Order par. 6)** | Plaintiff (7/29/2011), Defendants (8/5/2011) | 11/18/2011 |
| **Parties to Serve Objections to Exhibits and Deposition Designations, and Serve** | N/A | 12/2/2011 |

| | | |
|---|---|---|
| **Counter-Designations** | | |
| **Parties to Object to Counter-Designations, and Serve Counter-Counter Designations** | N/A | 12/9/2011 |
| **Parties to Object to Counter-Counter Designations** | N/A | 12/16/2011 |
| **Deadline to file Motions in Limine and *Daubert* Motions** | 8/9/2011 | 1/9/2012 |
| **Request for Daily Transcript or Real Time Reporting of Trial Proceedings** | 8/10/2011 | 1/9/2012 |
| **Parties to Exchange Supplemental Exhibit Lists** | N/A | 1/16/2012 |
| **Joint Pretrial Order, Joint Proposed Jury Instructions, Form of Verdict, Objections to Supplemental Exhibits** | 8/23/2011 | 1/23/2012 |
| **Pretrial Conference at 9:00 am** | 8/30/2011 | 1/30/2012 |
| **Jury Selection at 9:00 am** | 9/6/2011 | 2/6/2012 |

SIGNED this 1st day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE